ALEJANDRO LABORDE, demandante y apelado, *v.* MUNICIPIO DE ISABELA, demandado y apelante.

No. 3881.—*Visto:* Noviembre 28, 1927.    *Resuelto:* Diciembre 12, 1927.

APELACIÓN Y ERROR—DESESTIMACIÓN, RETIRO Y ABANDONO—REINSTALACIÓN DEL RECURSO.—Desestimado un recurso por haberse interpuesto fuera del término, según una certificación en relación a ese efecto, y justificado posteriormente por otra certificación literal de los autos, no impugnada por el apelado, que el derecho de apelación se ejercitó dentro del término, procede reinstalar la apelación así desestimada.

MOCIÓN sobre reconsideración de sentencia. *Dejada sin efecto resolución desestimando la apelación y reinstalado el recurso.*

R. A. *Gómez,* Sub-Procurador General, abogado del apelante; *Leopoldo Feliú,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

En 8 de octubre de 1925 la Corte de Distrito de Aguadilla dictó sentencia condenando al municipio de Isabela a pagar determinada cantidad de dinero a su demandante Alejandro Laborde. Apeló el municipio de esa sentencia y el apelado nos pidió que desestimáramos tal apelación porque habiendo sido notificado el apelante de la sentencia el 9 de octubre no interpuso su apelación hasta el 8 de diciembre

siguiente, después de los treinta días concedidos por la ley, moción que fué acompañada de una certificación del Secretario de la corte inferior en que se dice "que dicha sentencia le fué notificada al municipio demandado el día 9 de octubre de 1925."

En vista de tal certificación y de lo dispuesto en el artículo 295 del Código de Enjuiciamiento Civil desestimamos la apelación el 12 de julio de 1927. Posteriormente se nos pide por el apelante que dejemos sin efecto esa resolución y reinstalemos su apelación apoyado en otra certificación del mismo secretario en la que se inserta literalmente la sentencia, la notificación de ella hecha al demandante el 9 de octubre de 1925, e igual notificación hecha al abogado del municipio demandado el día 12 de noviembre de 1925.

Dando más valor a la última certificación, que no ha sido impugnada por el apelado, porque es literal de los autos mientras que la anterior es sólo una relación, tenemos que llegar a la conclusión de que si bien el demandante apelado fué notificado de la sentencia el 9 de octubre el demandado apelante no fué notificado hasta el 12 de noviembre y por consiguiente no habían transcurrido los treinta días que la ley le concede para establecer su apelación cuando el 8 de diciembre presentó su recurso.

Por la razón expresada *debemos dejar sin efecto nuestra resolución en este caso de julio 12, 1297, desestimando la apelación, la que debe ser reinstalada.*